**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Catfish Farmers of America　v.　United States

No. 15-1344

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se　　　✓ As counsel for:　Vinh Hoan Corporation
　　　　　　　　　　　　　　　　　　Name of party

I am, or the party I represent is (select one):

☐ Petitioner　　☐ Respondent　　☐ Amicus curiae　　☐ Cross Appellant
✓ Appellant　　☐ Appellee　　☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant　　☐ Respondent or appellee

My address and telephone are:

　　Name:　　　　　　　Matthew J. McConkey
　　Law firm:　　　　　Mayer Brown LLP
　　Address:　　　　　 1999 K Street, NW
　　City, State and ZIP: Washington, DC
　　Telephone:　　　　 (202) 263-3000
　　Fax #:　　　　　　 (202) 762-4235
　　E-mail address:　　mmcconkey@mayerbrown.com

Statement to be completed by counsel only (select one):

✓ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): February 20, 1997

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes　　☐ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

March 5, 2015　　　　　　　　　　　　　　/s/ Matthew J. McConkey
　　　Date　　　　　　　　　　　　　　　Signature of pro se or counsel

cc: Counsel

American LegalNet, Inc.
www.FormsWorkFlow.com

**Form 30**

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on | March 5, 2015 | by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
  (by email or CM/ECF)

| Matthew J. McConkey | /s/ Matthew J. McConkey |
| Name of Counsel | Signature of Counsel |

Law Firm | Mayer Brown LLP

Address | 1999 K Street, NW

City, State, ZIP | Washington, DC 20006

Telephone Number | (202) 263-3000

FAX Number | (202) 762-3235

E-mail Address | mmcconkey@mayerbrown.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.



American LegalNet, Inc.
www.FormsWorkFlow.com